Solo Group LLC, Series 9 v Dunia (2024 NY Slip Op 04633)

Solo Group LLC, Series 9 v Dunia

2024 NY Slip Op 04633

Decided on September 26, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 26, 2024

Before: Webber, J.P., Kern, Oing, González, Rosado, JJ. 

Index No. 381387/08 Appeal No. 2616[M-4104] Case No. 2024-00608 

[*1]Solo Group LLC, Series 9, Plaintiff-Respondent,
v
Gonzalo Dunia, Defendant-Appellant, Darek J. Harris, et al., Defendants.

Grausso & Foy, LLP, Bohemia (Edmond R. Foy of counsel), for appellant.
Vallely Law, PLLC, Syosset (Ryan D. Mitola of counsel), for respondent.

Appeal from order, Supreme Court, Bronx County (Doris M. Gonzalez, J.), entered on or about July 26, 2023, which, inter alia, denied defendant Gonzalo Dunia's motion to renew and/or vacate (a) an order, same court (Larry S. Schachner, J.), entered on or about May 22, 2017, granting plaintiff summary judgment and an order of reference; (b) an order, same court (Mitchell J. Danziger, J.), entered on or about July 23, 2018, granting plaintiff's motion for judgment of foreclosure and sale and denying defendant's motion to reargue the May 22, 2017 order; and (c) a judgment of foreclosure and sale, same court (Mitchell J. Danziger, J.), entered on or about July 26, 2018, unanimously dismissed, without costs, as moot.
On or about July 26, 2018, Supreme Court entered a judgment of foreclosure and sale on the property at issue. On December 22, 2023, the Referee deeded the property to a bona fide purchaser. Nothing in the record demonstrates that Dunia sought to stay enforcement of the judgment (see CPLR 5519). The Referee had the right to sell the property (see Da Silva v Musso, 76 NY2d 436, 440 [1990]), and any determination by this Court on appeal will not undo the sale or otherwise affect the rights of the parties. Accordingly, the appeal is dismissed as moot (see York Holdings v Shafran, 278 AD2d 77, 78 [1st Dept 2000]; NYCTL 1998-2 Trust v Equitable Funding Corp., 301 AD2d 506 [2d Dept 2003], lv dismissed 1 NY3d 546 [2003]). M-4104 Solo Group LLC, Series 9 v Gonzalo Dunia et al. Motion to dismiss the appeal, granted. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 26, 2024